IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RLI INSURANCE CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:04-0556 |
| ) | Judge Trauger |
| CYCLONE, INC. and TYRONE TACKETT, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On February 15, 2006, a Report and Recommendation was entered recommending the amount of judgment to be awarded in this case. (Docket No. 13) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that Judgment is **ENTERED** in favor of the plaintiff against both defendants in the amount of $367,226.09 in principal and $152,689.25 in pre-judgment interest. The total Judgment in the amount of $519,915.34 is to be paid by the defendants jointly and severally to the plaintiff.

It is so **ORDERED.**

Enter this 30th day of March 2006.

_____
ALETA A. TRAUGER
U.S. District Judge