OFFICE OF THE CLERK
UNITED STATES DISTRICT COU
NASHVILLE, TN 37203
OFFICIAL BUSINESS

RECEIVED
IN CLERK'S OFFICE
APR - 4 2006
U.S. DISTRICT COURT
MID. DIST. TENN.

CERTIFIED MAIL™

7003 3110 0002 4301 8957

37075-2715-14 0008

NIXIE 421 1 25 04/02/06
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 37203 *0459-07177-06-45

FILED
U S DISTRICT COURT
MIDDLE DISTRICT OF TENN
APR 04 2006

DEPUTY CLERK

MAR 18 2006

MAR 28 2006

3:04-0556
Tyrone Tackett
114 Secretariat Place
Hendersonville, TN 37075

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 3:04-0556** |
| | ) | **JUDGE TRAUGER/KNOWLES** |
| | ) | |
| | ) | |
| **CYCLONE, INC. and TYRONE TACKETT,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**REPORT AND RECOMMENDATION**

This matter is before the Court following an Evidentiary Hearing concerning the issue of damages, after Judge Trauger granted Plaintiff's Motion for Default. Docket No. 7.

At the hearing, Plaintiff proved gross damages of $408,664.21. Plaintiff admitted, however, that Defendants were entitled to a credit of $38,160.05. Therefore, Plaintiff proved net damages in the amount of $370,504.16.

Subsequently, Plaintiff's counsel submitted an Affidavit (Docket No. 11) and a Supplemental Affidavit (Docket No. 12) concerning the issue of pre-judgment interest. In the Supplemental Affidavit, Plaintiff's counsel noted that Plaintiff had collected additional monies from Evanston Insurance Company, the liability insurance carrier for one of Defendants. In that Supplemental Affidavit, Plaintiff's counsel states that the principal balance owing to Plaintiffs is $367,226.09.